IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT LYN BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:05-0262 |
| | ) JUDGE HAYNES |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff, Robert Lyn Baker's motion for judgment on the administrative record (Docket No. 19) is **GRANTED**, and defendant Metropolitan Life Insurance Company's motion for judgment on the administrative record (Docket No. 21) is **DENIED**. The Defendant is hereby **ORDERED** to reinstate Mr. Baker's long-term disability benefits, retroactive to the date on which they were terminated. Plaintiff is **AWARDED** his reasonable attorney fees and costs to be awarded under Fed. R. Civ. P. 54 and Local Rule 54.01.

This is the Final Order in this Action.

It is so **ORDERED**.

ENTERED this 20th day of December, 2006.

WILLIAM J. HAYNES, JR
United States District Judge