IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT LYN BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO: 3:05-0262 |
| ) | JUDGE HAYNES |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff Robert Lyn Baker's motion for attorney fees (Docket Entry No. 37) is **GRANTED**. Plaintiff's counsel is **AWARDED** a total of sixty thousand three hundred seventy-three dollars ($60,373.00) in attorney fees, including five thousand seven hundred sixty dollars and twenty-five cents ($5,760.25) for fees after the Court's Order granting judgment for the Plaintiff. Plaintiff is also **AWARDED** a total of five thousand nine hundred thirty-five dollars and thirty-five cents ($5,935.35) for expenses.

Plaintiff is also **AWARDED** prejudgment interest on the withheld benefits. Prejudgment interest is measured at 10% per annum until paid for a total of forty-one thousand eight hundred twenty-six dollars ($41,826).

It is so **ORDERED**.

ENTERED this the 22nd day of May, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge